## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| DANIELLE STOSSIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1386 |
| ) | (TSE/IDD) |
| ) | |
| INOVA HEALTH CARE SERVICES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Danielle Stossier ("Plaintiff") and Defendant Inova Health Care Services, through their undersigned counsel, do hereby stipulate and agree to the dismissal of the claims in this action between them with prejudice and on the merits, and with each side to bear their own costs.

IT IS SO ORDERED.

ENTERED THIS ___ day of _____ 2021.

Alexandria, Virginia

                                        T. S. Ellis, III
                                        United States District Court Judge

WE ASK FOR THIS:

| | |
|---|---|
| THE EMPLOYMENT LAW GROUP, P.C. | BLANKINGSHIP & KEITH, P. C. |
| 888 17th Street NW, Suite 900 | 4020 University Drive, Suite 300 |
| Washington, DC 20006 | Fairfax, Virginia 22030 |
| (202) 261-2812 (telephone) | (703) 691-1235 (telephone) |
| (202) 261-2835 (facsimile) | (703) 691-3913 (facsimile) |
| | |
| By: /s/ Anita M. Chambers | By: /s/ Laurie L. Kirkland |
|     Anita M. Chambers, VSB No. 89067 |     Laurie L. Kirkland, VSB No. 75320 |
|       achambers@employmentlawgroup.com |       lkirkland@bklawva.com |
|     R. Scott Oswald, VSB No. 41770 |     Lauren F. Randall VSB No. 87535 |
|       soswald@employmentlawgroup.com |       lrandall@bklawva.com |
|     *Counsel for Plaintiff Danielle Stossier* |     *Counsel for Defendant* |
| |     *Inova Health Care Services* |